

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00088-CV

| | | |
|---|---|---|
| CITY OF CROWLEY, TEXAS, Appellant | § | On Appeal from the 96th District Court |
| V. | | |
| | § | of Tarrant County (096-000003-15) |
| TOTALENERGIES E&P USA, INC., TOTALENERGIES E&P BARNETT USA, LLC, TOTALENERGIES E&P USA BARNETT 1, LLC, AND | § | July 17, 2025 |
| TOTALENERGIES E&P USA BARNETT 2, LLC, Appellees | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant City of Crowley, Texas, shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Wade Birdwell_____
Justice Wade Birdwell